# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 6, 2014

## NO. 03-13-00076-CV

**Kevin Bierwirth, Appellant**

**v.**

**Federal National Mortgage Association a/k/a Fannie Mae, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE ROSE

This is an appeal from the judgment signed by the trial court on January 10, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.